UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DONALD MCGHAN, )<br>)<br>Defendant. )<br>) | Case No.: 2:09-cr-00199-GMN-PAL<br><br>**ORDER** |

Pending before the Court is Defendant McGhan's Motion for Credit Against Restitution (ECF No. 43) filed on November 2, 2015, and Plaintiff United States' Response (ECF No. 46) filed November 17, 2015, and good cause appearing,

**IT IS ORDERED** that the Defendant McGhan's Motion for Credit Against Restitution (ECF No. 43) is **GRANTED** to the extent that Defendant McGhan should be given additional credit against his restitution obligation in the amount of $2,439,375.56.

**IT IS FURTHER ORDERED** that Defendant McGhan's Motion (ECF No. 43) is **DENIED** in all other respects.

**DATED** this __16__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court